```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18053
    JUSTIN T MARTIN
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-7321


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/02/2007 and was not confirmed.

     The case was dismissed without confirmation 01/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     25575.71           .00             .00
PIERCE & ASSOC            NOTICE ONLY      NOT FILED           .00             .00
ECONOMY INTERIORS INC     SECURED             500.00           .00           60.00
ECONOMY INTERIORS INC     UNSECURED          1101.80           .00             .00
VILLAGE OF DOLTON         SECURED             935.00           .00           32.26
APRIL OUTLAND             NOTICE ONLY      NOT FILED           .00             .00
AT&T                      UNSECURED        NOT FILED           .00             .00
OSI COLLECTION SERVICES   NOTICE ONLY      NOT FILED           .00             .00
COMCAST                   UNSECURED        NOT FILED           .00             .00
COMMONWEALTH EDISON       UNSECURED          1648.24           .00             .00
ER SOLUTIONS INC          UNSECURED           128.95           .00             .00
IL STATE DISBURSEMENT UN  DSO ARREARS      NOT FILED           .00             .00
MELANIE FITNESS CENTER    UNSECURED            371.00          .00             .00
NICOR GAS                 UNSECURED        NOT FILED           .00             .00
TIMOTHY K LIOU            REIMBURSEMENT       216.88           .00          216.88
TIMOTHY K LIOU            DEBTOR ATTY       1,574.82                       1,367.61
TOM VAUGHN                TRUSTEE                                            114.95
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 1,791.70

PRIORITY                                          216.88
SECURED                                            92.26
UNSECURED                                            .00
ADMINISTRATIVE                                  1,367.61
TRUSTEE COMPENSATION                              114.95
DEBTOR REFUND                                        .00
                        ---------------       ---------------
TOTALS                  1,791.70                1,791.70

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 18053 JUSTIN T MARTIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```